# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED SEP 25 2023 Chanda J. Berta, Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

JOHNATHAN BUGGS,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

UNITED STATES STEEL CORPORATION,
*[The DEFENDANT is who you are suing.]*

Case Number 2:23cv319
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 211 H STREET LAPORTE, IN 46350

2. My telephone number is: (219) 440-2882

3. The Defendant's address is: 1 NORTH BROADWAY GARY, IN. 46402

4. This action is brought for employment discrimination pursuant to:

    ◯ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
    *[race, color, gender, religion, national origin]*

    ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

    ● Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

    ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: _____

6. The date on my Notice of Right to Sue letter is: 06/27/2023

7. The date I received my Notice of Right to Sue letter was: _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON MAY 12th, 2022 at 10:07AM US STEEL SENT ME AN EMAIL INVITING ME TO TEST AND INTERVIEW FOR A NEW JOB POSITION CALLED PIG IRON CASTING MACHINE OPERATOR (P.C.M). I PASSED TEST AND WAS OFFERED JOB AFTER ATTENDING THE INTERVIEW. BEFORE LEAVING MY JOB AND STARTING EMPLOYMENT AT US STEEL, I WAS REQUIRED TO TAKE PHYSICAL EXAM AT US STEEL MEDICAL FACILITY. DURING PHYSICAL I REVEALED TO US STEEL MY DISABILTY. US STEEL REQUIRED MY PHYSICIAN TO SIGN A FORM US STEEL PROVIDED THAT EXPLAINED JOB DESCRIBTION AND DUTIES ~~AND REQUIRED MY DOCTOR/PHYSICIAN TO SIGN BEFORE HIRING~~ JB BEFORE ALLOWING ME TO START EMPLOYMENT AT US STEEL. MY PHYSICIAN SIGNED FORM WITHOUT RESTICTIONS TO DO JOB THAT US STEEL DESCRIBED. US STEEL HIRED ME AND SET MY START DATE FOR JULY 5th, 2022.

2. DURING MY SECOND WEEK OF TRAINING, MY INSTRUCTOR RICK MONAHAN MISREPRESENTED HIMSELF AS ~~THE~~ JB MY UNION SAFTY REPRESENTATIVE.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Rick Monahan revealed to our class that he was a veteran and claim to help homeless and disabled veterans on his time off work.

On break Rick Monahan personally came to me ~~and said that it~~ and asked me if there was anything I wanted to ~~ask~~ talk or have a question about to ask him. After joining Steel Ability (a group USSteel created to encourage disabled US Steel employees to be open and reveal their disability(es)) I revealed to Rick Monahan my disability and ask him about details of job. Rick told me not to tell anyone else about my disability and immediatly went to ~~tell~~ the other gas instuctor name Mike. Mike revealed that Rick told him about my disability to me after ~~false~~ falsely accusing me of falling asleep in his class. Rick Monahan later falsely accused me of sleeping through his class and claimed he ~~do~~ did not feel comfortable with me working at US Steel.

3. My manager Shane told me of Rick Monahan complaint against me, and, although I passed every test in training he ~~said~~ ~~dec~~ that

I WAS TO REPORT TO MEDICAL TO BE RE EVALUATED AT US STEEL MEDICAL FACILITY. US STEELS DOCTOR RE EVALUATED ME AND CLEARED ME TO WORK PIG CASTER MACHINE OPERATOR JOB STILL. AS SOON AS I TOLD MY MANAGER SHANE AND ATTEMPTED TO REPORT BACK TO JOB. MY MANAGER SHANE TOLD ME ON ~~DAY ONE~~ MY FIRST DAY THEY WAS SUPPOSE TO TELL ME I COULDN'T WORK JOB. MY MANAGER SHANE THEN TOLD ME I COULD NOT WORK PIG CASTER JOB. BUT HE WILL PLACE ME ON DOCK to WORK A DIFFERENT POSITION. HE SENT ME TO AN OFFICE TO READ PAPERS DESCRIBING WORK DETAILS OF DOCK POSITION ~~HE JOB~~ I WAS EXPECTING TO WORK NEW JOB POSITION, BUT AFTER HAVING ME READ PAPER WORK FOR A WEEK, MY MANAGER SHANE CAME TO ME AND TOLD ME I NEEDED TO REPORT BACK TO MEDICAL TO BE RE RE-EALUATED. WHEN I WENT TO MEDICAL THE DOCTOR REVEALED TO ME THAT DURING WEEK WHILE I WAS ~~JB~~ IN OFFICE READING PAPER WORK MY MANAGER SENT MY NEW HIRE CLASSMATES TO HIM AND THEY CLIAM I WAS SLEEPING IN CLASS. HE SAID THEY ALSO UPDATED PIG CASTER MACHINE OPERATOR JOB DESCRIBTION AND HE DECIDED I WAS UNABLE TO DO NEW JOB DESCRIBTION. HE TOLD ME TO GO HOME AND HR DEPARTMENT WILL BE CONTACTING ME.

~~AND SAID IF~~

4. AFTER BEING SENT HOME AND WAITING INSTRUCTIONS FROM HR, I WAS TOLD NOT TO COME BACK TO WORK FOR WORK SHIFT FROM MY ~~COORDINATOR~~ SUPERVISOR/COORDINATOR CORY. HR ~~DE~~PARTMENT CONTACTED ME ASKING ME IF THERE WAS ~~ACCOMOND~~ ACCOMMODATIONS THAT WAS REASONABLE THAT THEY COULD PROVIDE TO THE NEW RESTRICTIONS US STEEL DECIDED I NEEDED. I ASKED FOR REGULAR SCHEDULED BREAKS AND TO BE ALLOWED TO EAT MY DIET BASED MEALS DURING MY BREAK. US STEEL H R DEPARTMENT CALLED ME BACK ON AUGUST 11, 2022 AND TOLD ME THEY COULD NOT PROVIDE THEM ACCOMODATIONS AND THAT I WAS TERMANATED. THEY RECORDED MY TERMINATON DATE ON AUGUST 12, 2022.

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

I WISH FOR US STEEL TO COMPENSATE ME FOR LOST WAGES, HUMILIATION, DAMAGES FOR SUFFERING AND SET BACKS IT COST ME AT WORK. (LOST OF SENIORITY AND PAY RATE JOB AT PREVIOUS/CURRENT JOB).

**DOCUMENTS** – I have attached a copy of the following documents:

- ☒ JB Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☒ Notice of Right to Sue letter
- ☒ Other: MY PHYSICIAN JB FORM FROM US STEEL.

**FILING FEE** – Are you paying the filing fee?

- ☒ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.
_____ I will promptly notify the court of any change of address.
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_                                          9/25/23
Signature                                              Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/27/2023

**To:** Johnathan Buggs
211 H Street
La Porte, IN 46350

Charge No: 24E-2022-00031

EEOC Representative:    Jeremy Sells
State, Local & Tribal Coordinator
(463) 999-1161

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele 06/27/2023
Michelle Eisele
District Director

Please retain this notice for your records.

cc: On following page

**USS GARY WORKS OCCUPATIONAL HEALTH CENTER**
215 N. BROADWAY • GARY, INDIANA 46402
PHONE: (219) 888-4221 • FAX: (219) 888-4197

## MEDICAL REFERRAL

NAME: Bigg, Johnathan          DATE: 5/8/22
SS#: _____

The above patient was examined here today and requested to see a physician for the following reason(s): New hire @ US Steel to work in safety sensitive position. Shift work, operator of heavy machinery. Hx of Narcolepsy - currently taking Nuvigil. Please provide clearance + appropriate restriction if necessary

Respectfully,
_____
For Plant Medical Director

Please check appropriate box:

☒ This employee's condition/symptoms may be a safety or health issue as it relates to his/her job. Please provide us with the following information. Employee **MUST** return this form and be cleared through our facility.

a. What time-specific work restrictions should be imposed on this employee for health and safety reasons? (Please discuss with him/her the exact nature and demands of his/her job.)

   No restrictions required

b. Could this problem/condition interfere with safely operating heavy equipment and/or machinery? ☒ No ☐ Yes

   No

☒ The medical findings of my evaluation are not expected to affect the safety or health as it relates to the job of the above named employee and his/her fellow employees.
**Please sign and complete below so we know appropriate follow up has been sought.**
(Employee **MUST** return this form and be cleared through our office.)

Date: 5/26/22     Provider Signature: _____
                  Name: (print) Nasar Katariwala
                  Address: 1001 W Kieffer Rd Michigan City IN 46360
                  Phone: 219-878-9870   (F)219-878-9873

I, the above patient have read and understand why I'm being referred to a physician.

Date: 5-25-2022   Patient Signature: _____

IF YOU WISH, THE FOLLOWING RELEASE MAY BE DETACHED AND RETAINED FOR YOUR PERSONAL RECORDS.

I authorize Dr. Katariwala _____ to disclose complete information to the Medical Director, Gary Works, United States Steel Corporation, concerning the medical findings and treatment from on or about May 2022, or the date of earliest treatment, until the date of the conclusion of such treatment.

Witness: _____     Patient Signature _____

                             Date: _____

WHITE - Original    YELLOW - Provider    PINK - Chart

Job Description :

The PCM Operator (Pig Iron Caster Machine Operator) will be a key member of our operation at the Gary Works facility. These operators will be responsible for ensuring that the caster is operating and functioning effectively and efficiently. As required, the PCM Operator will also be responsible for some maintenance tasks on their operating line as well as the PCM facility.

Preferred candidates will have knowledge and/or experience in the following areas:

Operation of overhead cranes

Operating mobile equipment

Knowledge and skills related to rigging

Ability to demonstrate welding, pneumatic, and basic hydraulic mechanical skills

Working knowledge basic motors, circuitry, and low voltage

In addition to the above skills, the successful candidate will be able to complete the tasks of our entry level labor position, detailed below.

Performs tasks that support various producing units using basic hand tools, pneumatic equipment, gauges, oxygen lances, power actuated tools, and torches.

Performs and assists in production and maintenance tasks necessary to assure maximum production and quality

Handles, transports, and processes product and materials

Work with and around materials that may be hot, heavy or sharp, and hazardous chemicals.

Ability to perform manual labor and lift in excess of 25 lbs.

Assists in inspecting and performing maintenance on equipment.