AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

JONATHAN BUGGS,
      Plaintiff

v.     **Civil Action No.**   2:23cv319

UNITED STATES STEEL CORPORATION,
      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

**X** other:   This case is hereby DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Andrew P. Rodovich on Defendant's Motion to Dismiss Complaint.

DATE:   6/4/2024

*Chanda J. Berta, Clerk of Court*

by   S/ J. Darrah
*Signature of Clerk or Deputy Clerk*