# UNITED STATES DISTRICT COURT
Northern District of Indiana

| | |
|---|---|
| JOHNATHAN BUGGS<br>*Plaintiff*<br>v.<br>UNITED STATES STEEL CORPORATION<br>*Defendant* | )<br>)<br>) Civil Action No. 2:23-cv-319<br>)<br>) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**  This case is hereby DISMISSED WITHOUT PREJUDICE.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Magistrate Judge Andrew P. Rodovich  on Defendant's Motion to Dismiss Complaint.

.

Date:  June 5, 2024                                *Chanda J. Berta, Clerk of Court*

                                                                                   /s/K. Tuskey
                                                                    *Signature of Clerk or Deputy Clerk*